IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY LP., *Plaintiff*, v. CHARTER COMMUNICATIONS, INC., *et al.*, *Defendants*. | C.A. No. 17-1734-RGA |
| SPRINT COMMUNICATIONS COMPANY LP., *Plaintiff*, v. MEDIACOM COMMUNICATIONS CORP., *Defendants*. | C.A. No. 17-1736-RGA |
| SPRINT COMMUNICATIONS COMPANY LP., *Plaintiff*, v. WIDEOPENWEST, INC. *et al.*, *Defendants*. | C.A. No. 18-361-RGA |
| SPRINT COMMUNICATIONS COMPANY LP., *Plaintiff*, v. ATLANTIC BROADBAND FINANCE, LLC *et al.*, *Defendants*. | C.A. No. 18-362-RGA |
| SPRINT COMMUNICATIONS COMPANY LP., *Plaintiff*, v. GRANDE COMMUNICATIONS NETWORKS, LLC *et al.*, *Defendants*. | C.A. No. 18-363-RGA |

**DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY UNDER *DAUBERT***

Defendants respectfully move this Court to exclude expert testimony offered by Plaintiff Sprint Communications Company L.P. ("Sprint") pursuant to the standards announced in *Daubert v. Merrell Dow Pharms. Inc.*, 509 U.S. 579 (1993) as follows:

1. Defendants move to exclude expert testimony offered by Dr. Stephen Wicker, Sprint's technical expert, regarding whether Sprint's patents are "blocking patents," whether

actions by Defendants constitute direction or control of a third party, and whether non-infringing alternatives were economically feasible for Defendants to pursue.

2. Defendants move to exclude expert testimony offered by Dr. Russell Mangum, Sprint's damages expert, regarding his *Georgia-Pacific* royalty opinion, his lost profits opinion, his "analytical approach" royalty opinion, his royalty opinion for the two Enhanced Services Patents, and all damages opinions for the additional failure to apportion to reflect the contribution of the patented technology.

The grounds for this motion are set forth in Defendants' opening brief filed contemporaneously herewith.

OF COUNSEL:

David S. Benyacar
Daniel L. Reisner
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
(212) 836-8000

Robert J. Katerberg
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. N.W.
Washington, D.C. 20001
(202) 942-5000

Gregory Arovas
Jeanne M. Heffernan
Ryan Kane
James E. Marina
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

   */s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Valerie A. Caras (#6608)
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
caras@rlf.com

*Attorneys for Defendants Charter Communications, Inc., Charter Communications Holdings, LLC, Spectrum Management Holding Company, LLC, Charter Communications Operating LLC and Bright House Networks, LLC*

Luke L. Dauchot
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA 90071
(213) 680-8400

Bao Nguyen
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

OF COUNSEL:

Robinson Vu
Natalie Alfaro Gonzales
Lindsay Volpenhein Cutie
Amy E. Bergeron
Charles Stephen Maule
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
(713) 229-1234

Timothy S. Durst
Baker Botts L.L.P.
2001 Ross Avenue
Suite 900
Dallas, TX 75201-2980
(214) 953-6500

 /s/ Andrew C. Mayo
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendants Mediacom Communications Corporation, WideOpenWest Finance, LLC, WideOpenWest Networks, Inc., WideOpenWest, Inc., WideOpenWest Georgia, LLC, Knology of Alabama, Inc., Knology of Florida, LLC, Knology of Georgia, Inc., Knology of South Carolina, Inc., Knology of Tennessee, Inc., Knology of Kansas, Inc., Anne Arundel Broadband, LLC, Atlantic Broadband (CT) LLC, Atlantic Broadband (Delmar) LLC, Atlantic Broadband (Miami) LLC, Atlantic Broadband (NH-ME) LLC, Atlantic Broadband LLC (Penn), Atlantic Broadband (SC) LLC, Atlantic Broadband Finance, LLC, Grande Communications Networks, LLC, RCN Telecom Services, LLC, Radiate Holdings, LP, and WaveDivision Holdings, LLC*

Dated: June 12, 2020

3