IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY LP,<br>　　Plaintiff,<br>　　　　v.<br><br>CHARTER COMMUNICATIONS, INC., et al.,<br>　　Defendants. | C.A. No. 17-1734-RGA |
| SPRINT COMMUNICATIONS COMPANY LP,<br>　　Plaintiff,<br>　　　　v.<br><br>MEDIACOM COMMUNICATIONS CORP.,<br>　　Defendant. | C.A. No. 17-1736-RGA |
| SPRINT COMMUNICATIONS COMPANY LP,<br>　　Plaintiff,<br>　　　　v.<br><br>WIDEOPENWEST, INC., et al.,<br>　　Defendants. | C.A. No. 18-361-RGA |
| SPRINT COMMUNICATIONS COMPANY LP,<br>　　Plaintiff,<br>　　　　v.<br><br>ATLANTIC BROADBAND FINANCE, LLC, et al.,<br>　　Defendants. | C.A. No. 18-362-RGA |
| SPRINT COMMUNICATIONS COMPANY LP,<br>　　Plaintiff,<br>　　　　v.<br><br>GRANDE COMMUNICATIONS NETWORKS, LLC, et al.,<br>　　Defendants. | C.A. No. 18-363-RGA |

ORDER

For the reasons stated in the accompanying memorandum opinion, Defendants' motion for summary judgment (D.I. 466; No. 17-1736, D.I. 323; No. 18-361, D.I. 271; No. 18-362; D.I. 293; No. 18-363, D.I. 269) is **DENIED**.

Defendants' motion to exclude under *Daubert* (D.I. 467; No. 17-1736, D.I. 320; No. 18-361, D.I. 268; No. 18-362, D.I. 292; No. 18-363, D.I. 268) is **GRANTED in-part** and **DENIED in-part**. Defendants' motion to exclude Dr. Mangum's report is **GRANTED** to the extent that his hypothetical negotiation royalty analysis relies on prior settlement agreements and jury verdicts. Defendants' motion to exclude Dr. Wicker's "direction and control" opinions is **GRANTED**. All of Defendants' other grounds to exclude Plaintiff's expert opinions are **DENIED**.

IT IS SO ORDERED this 16th day of March 2021.

/s/ Richard G. Andrews
United States District Judge